MDG2009  00000877  1 MB  .428  1

MARTIN STINES  
655 OLMSTEAD WAY  
YORK PA 17404-1384




For updated information regarding your claim and payments, get the free Gallagher Bassett *gbgo*app for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

GALLAGHER BASSETT SERVICES INC  
FOR NEW HAMPSHIRE INS CO

DIRECT CHECK INQUIRIES TO:  
PHONE: 724-836-3247  
GALLAGHER BASSETT - PITTSBURGH  
PO BOX 2934  
CLINTON IA 52733-2934

| | | | | |
|---|---|---|---|---|
| **CLAIM NO.:** | 011932 037372 WC 01 (024) | **BRANCH NO.:** 021 | **NO.:** | 0159408383 |
| **CLAIMANT:** | MARTIN STINES | **ACC DATE:** 05Dec18 | **VN:** | 0000884923 |
| **DESCRIPTION:** | 1 WKS 0 DAYS 11/27/19 - 12/03/19 TEMPORARY TOTAL | | **DATE:** | 03Dec19 |
| **DATES OF SERVICE:** | THRU | | **AMOUNT:** | 687.17 |
| **BENEFIT PERIOD:** | 27Nov19  THRU  03Dec19 | | | |

**

GALLAGHER BASSETT - PITTSBURGH  
PO BOX 2934  
CLINTON IA 52733-2934

011932    PAGE 1 OF 1    005300

MDG2009  00001067 1 MB  .428   1

MARTIN STINES  
655 OLMSTEAD WAY  
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett *gbg*⇒app for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

GALLAGHER BASSETT SERVICES INC  
FOR NEW HAMPSHIRE INS CO

DIRECT CHECK INQUIRIES TO:  
PHONE: 724-836-3247  
GALLAGHER BASSETT - PITTSBURGH  
PO BOX 2934  
CLINTON IA 52733-2934

**CLAIM NO.:** 011932 037372 WC 01 (024)         **BRANCH NO.:** 021          **NO.:** 0159578214  
**CLAIMANT:** MARTIN STINES                       **ACC DATE:** 05Dec18        **VN:** 0000886146  
**DESCRIPTION:** 1 WKS 0 DAYS 12/04/19 - 12/10/19 TEMPORARY TOTAL              **DATE:** 10Dec19

**DATES OF SERVICE:**           THRU                                            **AMOUNT:** 687.17  
**BENEFIT PERIOD:**  04Dec19    THRU   10Dec19

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE

Case 1:20-bk-00449-HWV    Doc 15    Filed 02/20/20    Entered 02/20/20 12:08:47    Desc
Main Document    Page 2 of 10

MDG2009   00001038   1 MB   .428   1

MARTIN STINES  
655 OLMSTEAD WAY  
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett gbgoapp for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

GALLAGHER BASSETT SERVICES INC  
FOR NEW HAMPSHIRE INS CO

DIRECT CHECK INQUIRIES TO:  
PHONE: 724-836-3247  
GALLAGHER BASSETT - PITTSBURGH  
PO BOX 2934  
CLINTON IA 52733-2934



| | | | |
|---|---|---|---|
| **CLAIM NO.:** 011932 037372 WC 01 (024) | **BRANCH NO.:** 021 | **NO.:** 0159746357 | |
| **CLAIMANT:** MARTIN STINES | **ACC DATE:** 05Dec18 | **VN:** 0000887231 | |
| **DESCRIPTION:** 1 WKS 0 DAYS 12/11/19 - 12/17/19 TEMPORARY TOTAL | | **DATE:** 17Dec19 | ** |
| **DATES OF SERVICE:**    **THRU** | | **AMOUNT:** 687.17 | |
| **BENEFIT PERIOD:** 11Dec19   **THRU** 17Dec19 | | | |

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE

MDG2009  00003224  1 MB  .428  1

MARTIN STINES  
655 OLMSTEAD WAY  
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett gbgoapp for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

GALLAGHER BASSETT SERVICES INC  
FOR NEW HAMPSHIRE INS CO

DIRECT CHECK INQUIRIES TO:  
PHONE: 724-836-3247  
GALLAGHER BASSETT - PITTSBURGH  
PO BOX 2934  
CLINTON IA 52733-2934

| | | | |
|---|---|---|---|
| **CLAIM NO.:** 011932 037372 WC 01 (024) | **BRANCH NO.:** 021 | **NO.:** 0159893578 | |
| **CLAIMANT:** MARTIN STINES | **ACC DATE:** 05Dec18 | **VN:** 0000888295 | |
| **DESCRIPTION:** 1 WKS 0 DAYS 12/18/19 - 12/24/19 TEMPORARY TOTAL | | **DATE:** 23Dec19 | |
| **DATES OF SERVICE:** THRU | | **AMOUNT:** 687.17 | |
| **BENEFIT PERIOD:** 18Dec19 THRU 24Dec19 | | | |

**

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE

GALLAGHER BASSETT - PITTSBURGH  
PO BOX 2934  
CLINTON IA 52733-2934

011932  PAGE 1 OF 1  003344

||I||I||I|I||I||I|I||I|I||I||I|I|||I||I||I|I|I|I|I|I|I||I

MDG2009  00000711  1 MB  .428  1

MARTIN STINES  
655 OLMSTEAD WAY  
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett *gbgo*app for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

GALLAGHER BASSETT SERVICES INC  
FOR NEW HAMPSHIRE INS CO

DIRECT CHECK INQUIRIES TO:  
PHONE: 724-836-3247  
GALLAGHER BASSETT - PITTSBURGH  
PO BOX 2934  
CLINTON IA 52733-2934



**CLAIM NO.:** 011932 037372 WC 01 (024)  
**CLAIMANT:** MARTIN STINES  
**DESCRIPTION:** 1 WKS 0 DAYS 12/25/19 - 12/31/19 TEMPORARY TOTAL

**BRANCH NO.:** 021  
**ACC DATE:** 05Dec18

**NO.:** 0160065288  
**VN:** 0000889449  
**DATE:** 31Dec19

**DATES OF SERVICE:**        THRU  
**BENEFIT PERIOD:**  25Dec19   THRU   31Dec19

**AMOUNT:** 687.17

**

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE

MDG2009  00000958  1 MB  .428  1

MARTIN STINES
655 OLMSTEAD WAY
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett gbgo app for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

GALLAGHER BASSETT SERVICES INC
FOR NEW HAMPSHIRE INS CO

DIRECT CHECK INQUIRIES TO:
PHONE: 724-836-3247
GALLAGHER BASSETT - PITTSBURGH
PO BOX 2934
CLINTON IA 52733-2934

| | | | | |
|---|---|---|---|---|
| CLAIM NO.: | 011932 037372 WC 01 (024) | BRANCH NO.: 021 | NO.: | 0160196421 |
| CLAIMANT: | MARTIN STINES | ACC DATE: 05Dec18 | VN: | 0000890407 |
| DESCRIPTION: | 1 WKS 0 DAYS 1/01/20 - 1/07/20 TEMPORARY TOTAL | | DATE: | 07Jan20 |
| DATES OF SERVICE: | THRU | | AMOUNT: | 687.17 |
| BENEFIT PERIOD: | 01Jan20 THRU 07Jan20 | | | |

PO BOX 2934
CLINTON IA 52733-2934

MDG2009  00001006  1 MB  .428  1

MARTIN STINES
655 OLMSTEAD WAY
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett *gbgo*app for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

| GALLAGHER BASSETT SERVICES INC FOR NEW HAMPSHIRE INS CO | DIRECT CHECK INQUIRIES TO: PHONE: 724-836-3247 GALLAGHER BASSETT - PITTSBURGH PO BOX 2934 CLINTON IA 52733-2934 |
|---|---|

| CLAIM NO.: | 011932 037372 WC 01 (024) | BRANCH NO.: | 021 | NO.: | 0160362098 |
|---|---|---|---|---|---|
| CLAIMANT: | MARTIN STINES | ACC DATE: | 05Dec18 | VN: | 0000891638 |
| DESCRIPTION: | 1 WKS 0 DAYS 1/08/20 - 1/14/20 TEMPORARY TOTAL | | | DATE: | 14Jan20 |
| DATES OF SERVICE: | THRU | | | AMOUNT: | 687.17 |
| BENEFIT PERIOD: | 08Jan20 THRU 14Jan20 | | | | |

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE         C  0001006 001170 001 001

PO BOX 2934
CLINTON IA 52733-2934

MDG2009  00003021  1 MB  .428  1

MARTIN STINES
655 OLMSTEAD WAY
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett gbgoapp for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

| GALLAGHER BASSETT SERVICES INC | DIRECT CHECK INQUIRIES TO: |
| --- | --- |
| FOR NEW HAMPSHIRE INS CO | PHONE: 724-836-3247 |
| | GALLAGHER BASSETT - PITTSBURGH |
| | PO BOX 2934 |
| | CLINTON IA 52733-2934 |

| CLAIM NO.: | 011932 037372 WC 01 (024) | BRANCH NO.: | 021 | NO.: | 0160453741 |
| --- | --- | --- | --- | --- | --- |
| CLAIMANT: | MARTIN STINES | ACC DATE: | 05Dec18 | VN: | 0000892229 |
| DESCRIPTION: | 1 WKS 0 DAYS 1/15/20 - 1/21/20 TEMPORARY TOTAL | | | DATE: | 17Jan20 |
| DATES OF SERVICE: | THRU | | | AMOUNT: | 687.17 |
| BENEFIT PERIOD: | 15Jan20 THRU 21Jan20 | | | | |

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE        C 0003021 003285 001 001

PO BOX 2934
CLINTON IA 52733-2934

MDG2009  00002175 1 MB  .428    1

MARTIN STINES
655 OLMSTEAD WAY
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett *gbgoapp* for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

GALLAGHER BASSETT SERVICES INC
FOR NEW HAMPSHIRE INS CO

DIRECT CHECK INQUIRIES TO:
PHONE: 724-836-3247
GALLAGHER BASSETT - PITTSBURGH
PO BOX 2934
CLINTON IA 52733-2934

| | | | |
|---|---|---|---|
| CLAIM NO.: 011932 037372 WC 01 (024) | BRANCH NO.: 021 | NO.: | 0160604419 |
| CLAIMANT: MARTIN STINES | ACC DATE: 05Dec18 | VN: | 0000893360 |
| DESCRIPTION: 1 WKS 0 DAYS 1/22/20 - 1/28/20 TEMPORARY TOTAL | | DATE: | 24Jan20 |
| DATES OF SERVICE:  THRU | | AMOUNT: | 687.17 |
| BENEFIT PERIOD:  22Jan20  THRU  28Jan20 | | | |

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE

C 0002175 002429 001 001

PO BOX 2934
CLINTON IA 52733-2934

MDG2009  00001797  1 MB  .439  1

MARTIN STINES
655 OLMSTEAD WAY
YORK PA 17404-1384



For updated information regarding your claim and payments, get the free Gallagher Bassett *gbgo*app for smart phones from the Apple App Store or Google Play. Alternatively, you can visit www.MyGBClaim.com to access claim and payment information via the web.

| GALLAGHER BASSETT SERVICES INC | DIRECT CHECK INQUIRIES TO: |
|---|---|
| FOR NEW HAMPSHIRE INS CO | PHONE: 724-836-3247 |
| | GALLAGHER BASSETT - PITTSBURGH |
| | PO BOX 2934 |
| | CLINTON IA 52733-2934 |

| CLAIM NO.: | 011932 037372 WC 01 (024) | BRANCH NO.: | 021 | NO.: | 0160778387 |
|---|---|---|---|---|---|
| CLAIMANT: | MARTIN STINES | ACC DATE: | 05Dec18 | VN: | 0000894412 |
| DESCRIPTION: | 1 WKS 0 DAYS 1/29/20 - 2/04/20 TEMPORARY TOTAL | | | DATE: | 31Jan20 |
| DATES OF SERVICE: | THRU | | | AMOUNT: | 687.17 |
| BENEFIT PERIOD: | 29Jan20  THRU  04Feb20 | | | | |

DETACH AND RETAIN THIS STUB FOR YOUR REFERENCE          C 0001797 002018 001 001