**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

| | |
|---|---|
| Margaret A Stines | |
| 655 Olmstead Way | |
| York, PA 17404 | |

| | |
|---|---|
| Pay Group: | WK1-Weis Weekly Payroll |
| Pay Begin Date: | 11/24/2019 |
| Pay End Date: | 11/30/2019 |
| Employee ID: | 52367 |
| Department: | 012-Deli |
| Location: | Weis Store #173 |
| Job Title: | Assistant Deli Manager |
| Pay Rate: | $13.450000 Hourly |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | 000000003843345 |
| Advice Date: | 12/05/2019 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Overtime | 20.175000 | 0.13 | 2.62 | 8.72 | 174.70 |
| Regular Base Pay | 13.450000 | 32.00 | 430.40 | 1,488.93 | 19,816.02 |
| Sunday +1 | 14.450000 | 8.00 | 115.60 | 305.05 | 4,365.95 |
| Holiday Not Worked | 13.450000 | 8.00 | 107.60 | 56.00 | 745.20 |
| Holiday + 1 | | | 0.00 | 16.43 | 235.31 |
| Personal Day | | | 0.00 | 8.00 | 105.60 |
| Vacation | | | 0.00 | 120.00 | 1,604.00 |
| Total: | | 48.13 | 656.22 | 2,003.13 | 27,046.78 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 36.27 | 1,263.68 |
| Fed MED/EE | 8.55 | 344.46 |
| Fed OASDI/EE | 36.56 | 1,472.87 |
| PA Unempl EE | 0.40 | 16.23 |
| PA Withholdng | 18.10 | 729.31 |
| PA Local Withholdng | 5.90 | 237.54 |
| PA Local LS Tax | 1.00 | 49.00 |
| Total: | 106.78 | 4,113.09 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 1,644.95 |
| Dental BuyUp | 9.42 | 465.98 |
| Vision | 2.93 | 143.57 |
| Tobacco Surcharge | 21.15 | 1,036.35 |
| Total: | 66.60 | 3,290.85 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 431.20 |
| Shoe Deduction | 0.00 | 67.99 |
| Total: | 8.80 | 499.19 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 3,815.74 |
| Life & ADD | 0.56 | 27.44 |
| Short Term Disability | 0.54 | 26.46 |
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 656.22 | 589.62 | 106.78 | 75.40 | 474.04 |
| YTD: | 27,046.78 | 23,755.93 | 4,113.09 | 3,790.04 | 19,143.65 |

| PTO HOURS | YTD |
|---|---|
| Vacation | 0.0 |
| Personal | 0.0 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003843345 | 474.04 |

## Weis Markets, Inc.
1000 South Second Street
Sunbury, PA 17801

| | |
|---|---|
| Pay Group: | WK1-Weis Weekly Payroll |
| Pay Begin Date: | 12/03/2019 |
| Pay End Date: | 12/03/2019 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | 000000003850949 |
| Advice Date: | 12/06/2019 |

Margaret A Stines
655 Olmstead Way
York, PA 17404

| | |
|---|---|
| Employee ID: | 52367 |
| Department: | 012-Deli |
| Location: | Weis Store #173 |
| Job Title: | Assistant Deli Manager |
| Pay Rate: | $13.450000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Holiday Bonus | | | 311.30 | | 311.30 | | | |
| Holiday + 1 | | 0.00 | | 16.43 | 235.31 | | | |
| Holiday Not Worked | | 0.00 | | 56.00 | 745.20 | | | |
| Overtime | | 0.00 | | 8.72 | 174.70 | | | |
| Personal Day | | 0.00 | | 8.00 | 105.60 | | | |
| Regular Base Pay | | 0.00 | | 1,488.93 | 19,816.02 | | | |
| Sunday +1 | | 0.00 | | 305.05 | 4,365.95 | | | |
| Vacation | | 0.00 | | 120.00 | 1,604.00 | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 8.44 | 1,272.12 |
| Fed MED/EE | 4.51 | 348.97 |
| Fed OASDI/EE | 19.30 | 1,492.17 |
| PA Unempl EE | 0.18 | 16.41 |
| PA Withholdng | 9.56 | 738.87 |
| PA Local Withholdng | 3.11 | 240.65 |
| PA Local LS Tax | 1.00 | 50.00 |

| Total: | | | 311.30 | 2,003.13 | 27,358.08 | Total: | 46.10 | 4,159.19 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 0.00 | 1,644.95 |
| Dental BuyUp | 0.00 | 465.98 |
| Vision | 0.00 | 143.57 |
| Tobacco Surcharge | 0.00 | 1,036.35 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 0.00 | 431.20 |
| Shoe Deduction | 0.00 | 67.99 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 0.00 | 3,815.74 |
| Life & ADD | 0.00 | 27.44 |
| Short Term Disability | 0.00 | 26.46 |

| Total: | 0.00 | 3,290.85 | Total: | 0.00 | 499.19 | * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 311.30 | 311.30 | 46.10 | 0.00 | 265.20 |
| YTD: | 27,358.08 | 24,067.23 | 4,159.19 | 3,790.04 | 19,408.85 |

### PTO HOURS

| | YTD |
|---|---|
| Vacation | 0.0 |
| Personal | 0.0 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003850949 | 265.20 |
| Total: | 265.20 |

MESSAGE:

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

| | |
|---|---|
| Pay Group: | WK1-Weis Weekly Payroll |
| Pay Begin Date: | 12/01/2019 |
| Pay End Date: | 12/07/2019 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | 000000003860350 |
| Advice Date: | 12/12/2019 |

Margaret A Stines
655 Olmstead Way
York, PA 17404

| | |
|---|---|
| Employee ID: | 52367 |
| Department: | 012-Deli |
| Location: | Weis Store #173 |
| Job Title: | Assistant Deli Manager |
| Pay Rate: | $13.450000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Overtime | 20.175000 | 0.38 | 7.67 | 9.10 | 182.37 |
| Sunday +1 | 14.450000 | 8.13 | 117.48 | 313.18 | 4,483.43 |
| Regular Base Pay | 13.450000 | 31.87 | 428.65 | 1,520.80 | 20,244.67 |
| Holiday +1 | | | 0.00 | 16.43 | 235.31 |
| Holiday Bonus | | | 0.00 | | 311.30 |
| Holiday Not Worked | | | 0.00 | 56.00 | 745.20 |
| Personal Day | | | 0.00 | 8.00 | 105.60 |
| Vacation | | | 0.00 | 120.00 | 1,604.00 |
| Total: | | 40.38 | 553.80 | 2,043.51 | 27,911.88 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 26.03 | 1,298.15 |
| Fed MED/EE | 7.07 | 356.04 |
| Fed OASDI/EE | 30.20 | 1,522.37 |
| PA Unempl EE | 0.34 | 16.75 |
| PA Withholdng | 14.96 | 753.83 |
| PA Local Withholdng | 4.87 | 245.52 |
| PA Local LS Tax | 1.00 | 51.00 |
| Total: | 84.47 | 4,243.66 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 1,678.05 |
| Dental BuyUp | 9.42 | 475.40 |
| Vision | 2.93 | 146.50 |
| Tobacco Surcharge | 21.15 | 1,057.50 |
| Total: | 66.60 | 3,357.45 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 440.00 |
| Shoe Deduction | 0.00 | 67.99 |
| Total: | 8.80 | 507.99 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 3,889.72 |
| Life & ADD | 0.56 | 28.00 |
| Short Term Disability | 0.54 | 27.00 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 553.80 | 487.20 | 84.47 | 75.40 | 393.93 |
| YTD: | 27,911.88 | 24,554.43 | 4,243.66 | 3,865.44 | 19,802.78 |

| PTO HOURS | YTD |
|---|---|
| Vacation | 0.0 |
| Personal | 0.0 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #000000003860350 | 393.93 |
| Total: | 393.93 |

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

Margaret A Stines
655 Olmstead Way
York, PA 17404

| | |
|---|---|
| Pay Group: | WK1-Weis Weekly Payroll |
| Pay Begin Date: | 12/08/2019 |
| Pay End Date: | 12/14/2019 |
| Employee ID: | 52367 |
| Department: | 012-Deli |
| Location: | Weis Store #173 |
| Job Title: | Assistant Deli Manager |
| Pay Rate: | $13.450000 Hourly |

| | | |
|---|---|---|
| Business Unit: | STORE | |
| Advice #: | 000000003873463 | |
| Advice Date: | 12/19/2019 | |
| TAX DATA: | Federal | PA State |
| Tax Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 13.450000 | 27.18 | 365.57 | 1,547.98 | 20,610.24 |
| Sunday +1 | 14.450000 | 8.17 | 118.06 | 321.35 | 4,601.49 |
| Holiday + 1 | | | 0.00 | 16.43 | 235.31 |
| Holiday Bonus | | | 0.00 | | 311.30 |
| Holiday Not Worked | | | 0.00 | 56.00 | 745.20 |
| Overtime | | | 0.00 | 9.10 | 182.37 |
| Personal Day | | | 0.00 | 8.00 | 105.60 |
| Vacation | | | 0.00 | 120.00 | 1,604.00 |
| **Total:** | | **35.35** | **483.63** | **2,078.86** | **28,395.51** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 19.01 | 1,317.16 |
| Fed MED/EE | 6.05 | 362.09 |
| Fed OASDI/EE | 25.86 | 1,548.23 |
| PA Unempl EE | 0.29 | 17.04 |
| PA Withholdng | 12.80 | 766.63 |
| PA Local Withholdng | 4.17 | 249.69 |
| PA Local LS Tax | 1.00 | 52.00 |
| **Total:** | **69.18** | **4,312.84** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 1,711.15 |
| Dental BuyUp | 9.42 | 484.82 |
| Vision | 2.93 | 149.43 |
| Tobacco Surcharge | 21.15 | 1,078.65 |
| **Total:** | **66.60** | **3,424.05** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 448.80 |
| Shoe Deduction | 0.00 | 67.99 |
| **Total:** | **8.80** | **516.79** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 3,963.70 |
| Life & ADD | 0.56 | 28.56 |
| Short Term Disability | 0.54 | 27.54 |

* Taxable

## TOTAL GROSS / FED TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 483.63 | 417.03 | 69.18 | 75.40 | 339.05 |
| YTD: | 28,395.51 | 24,971.46 | 4,312.84 | 3,940.84 | 20,141.83 |

### PTO HOURS YTD
| | |
|---|---|
| Vacation | 0.0 |
| Personal | 0.0 |

### NET PAY DISTRIBUTION
| | |
|---|---|
| Advice #000000003873463 | 339.05 |
| Total: | 339.05 |

MESSAGE:

| Weis Markets, Inc. | | Pay Group: | WK1-Weis Weekly Payroll | Business Unit: STORE | |
|---|---|---|---|---|---|
| 1000 South Second Street | | Pay Begin Date: | 12/15/2019 | Advice #: | 000000003887454 |
| Sunbury, PA 17801 | | Pay End Date: | 12/21/2019 | Advice Date: | 12/26/2019 |
| Margaret A Stines | | Employee ID: 52367 | | TAX DATA: Federal | PA State |
| 655 Olmstead Way | | Department: 012-Deli | | Tax Status: Married | N/A |
| York, PA 17404 | | Location: Weis Store #173 | | Allowances: 0 | 0 |
| | | Job Title: Assistant Deli Manager | | Addl. Pct.: | |
| | | Pay Rate: $13.450000 Hourly | | Addl. Amt.: | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 13.450000 | 31.87 | 428.65 | 1,579.85 | 21,038.89 |
| Overtime | 20.175000 | 0.97 | 19.57 | 10.07 | 201.94 |
| Sunday +1 | 14.450000 | 8.13 | 117.48 | 329.48 | 4,718.97 |
| Holiday +1 | | | 0.00 | 16.43 | 235.31 |
| Holiday Bonus | | | 0.00 | | 311.30 |
| Holiday Not Worked | | | 0.00 | 56.00 | 745.20 |
| Personal Day | | | 0.00 | 8.00 | 105.60 |
| Vacation | | | 0.00 | 120.00 | 1,604.00 |
| **Total:** | | **40.97** | **565.70** | **2,119.83** | **28,961.21** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 27.22 | 1,344.38 |
| Fed MED/EE | 7.23 | 369.32 |
| Fed OASDI/EE | 30.94 | 1,579.17 |
| PA Unempl EE | 0.34 | 17.38 |
| PA Withholdng | 15.32 | 781.95 |
| PA Local Withholdng | 4.99 | 254.68 |
| PA Local LS Tax | 0.00 | 52.00 |
| **Total:** | **86.04** | **4,398.88** |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 1,744.25 |
| Dental BuyUp | 9.42 | 494.24 |
| Vision | 2.93 | 152.36 |
| Tobacco Surcharge | 21.15 | 1,099.80 |
| **Total:** | **66.60** | **3,490.65** |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 457.60 |
| Shoe Deduction | 0.00 | 67.99 |
| **Total:** | **8.80** | **525.59** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 4,037.68 |
| Life & ADD | 0.56 | 29.12 |
| Short Term Disability | 0.54 | 28.08 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 565.70 | 499.10 | 86.04 | 75.40 | 404.26 |
| YTD: | 28,961.21 | 25,470.56 | 4,398.88 | 4,016.24 | 20,546.09 |

| PTO HOURS | YTD |
|---|---|
| Vacation | 0.0 |
| Personal | 0.0 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003887454 | 404.26 |
| Total: | 404.26 |

MESSAGE:

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

| | |
|---|---|
| Pay Group: | WK1-Weis Weekly Payroll |
| Pay Begin Date: | 12/22/2019 |
| Pay End Date: | 12/28/2019 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | 000000003900732 |
| Advice Date: | 01/02/2020 |

Margaret A Stines
655 Olmstead Way
York, PA 17404

| | |
|---|---|
| Employee ID: | 52367 |
| Department: | 012-Deli |
| Location: | Weis Store #173 |
| Job Title: | Assistant Deli Manager |
| Pay Rate: | $13.450000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Base Pay | 13.450000 | 24.18 | 325.22 | 24.18 | 325.22 |
| Holiday Not Worked | 13.450000 | 8.00 | 107.60 | 8.00 | 107.60 |
| Sunday +1 | 14.450000 | 8.00 | 115.60 | 8.00 | 115.60 |
| Total: | | 40.18 | 548.42 | 40.18 | 548.42 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 25.30 | 25.30 |
| Fed MED/EE | 6.99 | 6.99 |
| Fed OASDI/EE | 29.87 | 29.87 |
| PA Unempl EE | 0.33 | 0.33 |
| PA Withholdng | 14.79 | 14.79 |
| PA Local Withholdng | 4.82 | 4.82 |
| PA Local LS Tax | 1.00 | 1.00 |
| Total: | 83.10 | 83.10 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 33.10 |
| Dental BuyUp | 9.42 | 9.42 |
| Vision | 2.93 | 2.93 |
| Tobacco Surcharge | 21.15 | 21.15 |
| Total: | 66.60 | 66.60 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 8.80 |
| Total: | 8.80 | 8.80 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 73.98 |
| Life & ADD | 0.56 | 0.56 |
| Short Term Disability | 0.54 | 0.54 |
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 548.42 | 481.82 | 83.10 | 75.40 | 389.92 |
| YTD: | 548.42 | 481.82 | 83.10 | 75.40 | 389.92 |

| PTO HOURS | YTD |
|---|---|
| Vacation | 0.0 |
| Personal | 0.0 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #000000003900732 | 389.92 |

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

| | |
|---|---|
| Pay Group: | WK1-Weis Weekly Payroll |
| Pay Begin Date: | 12/29/2019 |
| Pay End Date: | 01/04/2020 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | 000000003914338 |
| Advice Date: | 01/09/2020 |

Margaret A Stines
655 Olmstead Way
York, PA 17404

Employee ID: 52367
Department: 012-Deli
Location: Weis Store #173
Job Title: Assistant Deli Manager
Pay Rate: $13.450000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Holiday Not Worked | 13.450000 | 8.00 | 107.60 | 16.00 | 215.20 |
| Sunday +1 | 14.450000 | 8.17 | 118.06 | 16.17 | 233.66 |
| Regular Base Pay | 13.450000 | 24.48 | 329.26 | 48.66 | 654.48 |
| Total: | | 40.65 | 554.92 | 80.83 | 1,103.34 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 25.95 | 51.25 |
| Fed MED/EE | 7.08 | 14.07 |
| Fed OASDI/EE | 30.28 | 60.15 |
| PA Unempl EE | 0.33 | 0.66 |
| PA Withholdng | 14.99 | 29.78 |
| PA Local Withholdng | 4.88 | 9.70 |
| PA Local LS Tax | 1.00 | 2.00 |
| Total: | 84.51 | 167.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 66.20 |
| Dental BuyUp | 9.42 | 18.84 |
| Vision | 2.93 | 5.86 |
| Tobacco Surcharge | 21.15 | 42.30 |
| Total: | 66.60 | 133.20 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 17.60 |
| Total: | 8.80 | 17.60 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 147.96 |
| Life & ADD | 0.56 | 1.12 |
| Short Term Disability | 0.54 | 1.08 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 554.92 | 488.32 | 84.51 | 75.40 | 395.01 |
| YTD: | 1,103.34 | 970.14 | 167.61 | 150.80 | 784.93 |

### PTO HOURS YTD

| | |
|---|---|
| Vacation | 160.0 |
| Personal | 8.0 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003914338 | 395.01 |

Case 1:20-bk-00449-HWV  Doc 16  Filed 02/20/20  Entered 02/20/20 12:09:19  Desc
Main Document  Page 7 of 10

**Weis Markets, Inc.**
1000 South Second Street
Sunbury, PA 17801

Margaret A Stines
655 Olmstead Way
York, PA 17404

| | |
|---|---|
| Pay Group: | WK1-Weis Weekly Payroll |
| Pay Begin Date: | 01/05/2020 |
| Pay End Date: | 01/11/2020 |

| | |
|---|---|
| Business Unit: | STORE |
| Advice #: | 000000003927915 |
| Advice Date: | 01/16/2020 |

| | |
|---|---|
| Employee ID: | 52367 |
| Department: | 012-Deli |
| Location: | Weis Store #173 |
| Job Title: | Assistant Deli Manager |
| Pay Rate: | $13.450000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Vacation | 13.450000 | 24.00 | 322.80 | 24.00 | 322.80 |
| Regular Base Pay | 13.450000 | 8.13 | 109.35 | 56.79 | 763.83 |
| Sunday +1 | 14.450000 | 8.15 | 117.77 | 24.32 | 351.43 |
| Holiday Not Worked | | | 0.00 | 16.00 | 215.20 |
| **Total:** | | **40.28** | **549.92** | **121.11** | **1,653.26** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 25.45 | 76.70 |
| Fed MED/EE | 7.01 | 21.08 |
| Fed OASDI/EE | 29.96 | 90.11 |
| PA Unempl EE | 0.33 | 0.99 |
| PA Withholdng | 14.84 | 44.62 |
| PA Local Withholdng | 4.83 | 14.53 |
| PA Local LS Tax | 1.00 | 3.00 |
| **Total:** | **83.42** | **251.03** |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 99.30 |
| Dental BuyUp | 9.42 | 28.26 |
| Vision | 2.93 | 8.79 |
| Tobacco Surcharge | 21.15 | 63.45 |
| **Total:** | **66.60** | **199.80** |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 26.40 |
| **Total:** | **8.80** | **26.40** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 221.94 |
| Life & ADD | 0.56 | 1.68 |
| Short Term Disability | 0.54 | 1.62 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 549.92 | 483.32 | 83.42 | 75.40 | 391.10 |
| YTD: | 1,653.26 | 1,453.46 | 251.03 | 226.20 | 1,176.03 |

### PTO HOURS

| | YTD |
|---|---|
| Vacation | 136.0 |
| Personal | 8.0 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003927915 | 391.10 |
| Total: | 391.10 |

MESSAGE:

| | | | | Pay Begin Date: | 01/12/2020 | | Advice #: | 000000003941557 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00 South Second Street | | | | Pay End Date: | 01/18/2020 | | Advice Date: | 01/23/2020 |
| nbury, PA 17801 | | | | Employee ID: 52367 | | TAX DATA: | Federal | PA State |
| Margaret A Stines | | | | Department: 012-Deli | | Tax Status: | Married | N/A |
| 655 Olmstead Way | | | | Location: Weis Store #173 | | Allowances: | 0 | 0 |
| York, PA 17404 | | | | Job Title: Assistant Deli Manager | | Addl. Pct.: | | |
| | | | | Pay Rate: $13.450000 Hourly | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| ivertime | 20.175000 | 0.15 | 3.03 | 0.15 | 3.03 | Fed Withholdng | 24.56 | 101.26 |
| egular Base Pay | 13.450000 | 40.00 | 538.00 | 96.79 | 1,301.83 | Fed MED/EE | 6.87 | 27.95 |
| loliday Not Worked | | | 0.00 | 16.00 | 215.20 | Fed OASDI/EE | 29.42 | 119.53 |
| unday +1 | | | 0.00 | 24.32 | 351.43 | PA Unempl EE | 0.33 | 1.32 |
| acation | | | 0.00 | 24.00 | 322.80 | PA Withholdng | 14.57 | 59.19 |
| | | | | | | PA Local Withholdng | 4.74 | 19.27 |
| | | | | | | PA Local LS Tax | 1.00 | 4.00 |
| otal: | | 40.15 | 541.03 | 161.26 | 2,194.29 | Total: | 81.49 | 332.52 |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| escription | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Blue Cross Silver Plan | 33.10 | 132.40 | Critical Illness | 8.80 | 35.20 | Blue Cross Silver Plan | 73.98 | 295.92 |
| Dental BuyUp | 9.42 | 37.68 | | | | Life & ADD | 0.56 | 2.24 |
| Vision | 2.93 | 11.72 | | | | Short Term Disability | 0.54 | 2.16 |
| Tobacco Surcharge | 21.15 | 84.60 | | | | | | |
| Total: | 66.60 | 266.40 | Total: | 8.80 | 35.20 | * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| urrent: | 541.03 | 474.43 | 81.49 | 75.40 | 384.14 |
| TD: | 2,194.29 | 1,927.89 | 332.52 | 301.60 | 1,560.17 |

| TO HOURS | YTD | | NET PAY DISTRIBUTION | |
| --- | --- | --- | --- | --- |
| acation | 136.0 | | Advice #000000003941557 | 384.14 |
| ersonal | 8.0 | | | |
| ESSAGE: | | | Total: | 384.14 |

| | | Pay Group: | WK1-Weis Weekly Payroll | Business Unit: STORE |
|---|---|---|---|---|
| cis iviai kcis, iii. | | Pay Begin Date: | 01/19/2020 | Advice #: 000000003956093 |
| 00 South Second Street | | Pay End Date: | 01/25/2020 | Advice Date: 01/30/2020 |
| nbury, PA 17801 | | | | |

| Margaret A Stines | Employee ID: 52367 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| 655 Olmstead Way | Department: 012-Deli | Tax Status: | Married | N/A |
| York, PA 17404 | Location: Weis Store #173 | Allowances: | 0 | 0 |
| | Job Title: Assistant Deli Manager | Addl. Pct.: | | |
| | Pay Rate: $13.450000 Hourly | Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | --- Current --- | | --- YTD --- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| egular Base Pay | 13.450000 | 32.00 | 430.40 | 128.79 | 1,732.23 |
| vertime | 20.175000 | 0.28 | 5.65 | 0.43 | 8.68 |
| unday +1 | 14.450000 | 8.00 | 115.60 | 32.32 | 467.03 |
| oliday Not Worked | | | 0.00 | 16.00 | 215.20 |
| acation | | | 0.00 | 24.00 | 322.80 |
| otal: | | 40.28 | 551.65 | 201.54 | 2,745.94 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 25.62 | 126.88 |
| Fed MED/EE | 7.04 | 34.99 |
| Fed OASDI/EE | 30.07 | 149.60 |
| PA Unempl EE | 0.33 | 1.65 |
| PA Withholdng | 14.89 | 74.08 |
| PA Local Withholdng | 4.85 | 24.12 |
| PA Local LS Tax | 1.00 | 5.00 |
| Total: | 83.80 | 416.32 |

## BEFORE TAX DEDUCTIONS

| escription | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 33.10 | 165.50 |
| Dental BuyUp | 9.42 | 47.10 |
| Vision | 2.93 | 14.65 |
| Tobacco Surcharge | 21.15 | 105.75 |
| Total: | 66.60 | 333.00 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Illness | 8.80 | 44.00 |
| Total: | 8.80 | 44.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Cross Silver Plan | 73.98 | 369.90 |
| Life & ADD | 0.56 | 2.80 |
| Short Term Disability | 0.54 | 2.70 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| urrent: | 551.65 | 485.05 | 83.80 | 75.40 | 392.45 |
| TD: | 2,745.94 | 2,412.94 | 416.32 | 377.00 | 1,952.62 |

| TO HOURS | YTD |
|---|---|
| acation | 136.0 |
| ersonal | 8.0 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003956093 | 392.45 |