```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00449-HWV
Martin G Stines, III                                                Chapter 7
Margaret A Stines
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 1            Date Rcvd: Feb 18, 2020
                               Form ID: pdf010              Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
```
db/jdb         +Martin G Stines, III,    Margaret A Stines,     655 Olmstead Way,     York, PA 17404-1384
5298963        +FEDERAL NATIONAL MORTGAGE ASSOC.,    3900 Wisconsin Avenue, NW,     Washington, DC 20016-2806
5298965        +GREAT LAKES,    PO Box 7860,    Madison, WI 53707-7860
5298964         GREAT LAKES,    US DEPARTMENT OF EDUCATION,    PO Box 790321,    Saint Louis, MO 63179-0321
5298966        +LORRAINE GAZZORA DOYLE, ESQ.,    649 South Avenue,    Suite 7,    Secane, PA 19018-3541
5298967        +MIDLAND CREDIT MANAGEMENT,    PO Box 51319,    Los Angeles, CA 90051-5619
5298970        +MR. COOPER,    8950 Cypress Waters Blvd.,     Coppell, TX 75019-4620
5298969         MR. COOPER,    PO Box 650783,    Dallas, TX 75265-0783
5298971        +NEW CUMBERLAND FEDERAL CREDIT UNION,    345 Lewisberry Road,    New Cumberland, PA 17070-2306
5298972         NEW CUMBERLAND FEDERAL CREDIT UNION,    PO Box 658,    New Cumberland, PA 17070-0658
5298973        +STEVEN HOWELL, ESQ.,    Howell Law Firm,     619 Bridge Street,    New Cumberland, PA 17070-1933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 19:54:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5298968        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 18 2020 19:52:18      MIDLAND FUNDING LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
5298974        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 19:54:44      SYNCHRONY BANK,
                 200 Crossing Blvd.,    Suite 101,    Bridgewater, NJ 08807-2876
5299459        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 19:54:43      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
```
              Lawrence V. Young    (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Steven M. Carr    on behalf of Debtor 1 Martin G Stines, III stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Debtor 2 Margaret A Stines stevecarr8@comcast.net,
               njdodson@comcast.net
              Thomas Song    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Martin G Stines, III**

**Debtor 1**

**Margaret A Stines**

**Debtor 2**

Chapter: 7

Case No.: 1:20-bk-00449-HWV

## Notice

You were mailed a Meeting of Creditors Notice in the above−referenced case. A correction was made to the information contained in that notice as stated below:

- Trustee Steven M. Carr was erroneously assigned in to the above-referenced case.
- Meeting of Creditors date and time

Please refer to the Notice of Chapter 7 Bankruptcy Case - Meeting of Creditors dated February 18, 2020, for the updated information.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: Jennifer Miscevich, Deputy Clerk

**DATE**: February 18, 2020

NTFP – Revised 04/18

NTFP – Revised 04/18