Certificate Number: 05781-PAM-DE-034166597

Bankruptcy Case Number: 20-00449



05781-PAM-DE-034166597

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2020</u>, at <u>9:49</u> o'clock <u>AM PST</u>, <u>Margaret Stines</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 2, 2020</u>                      By:      <u>/s/Allison M Geving</u>

                                         Name:   <u>Allison M Geving</u>

                                         Title:   <u>President</u>