In re:  
Martin G Stines, III  
Margaret A Stines  
      Debtors

Case No. 20-00449-HWV  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Mar 26, 2020  
                          Form ID: ntnew341     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.

```
db/jdb         +Martin G Stines, III,    Margaret A Stines,    655 Olmstead Way,    York, PA 17404-1384
5298963        +FEDERAL NATIONAL MORTGAGE ASSOC.,    3900 Wisconsin Avenue, NW,    Washington, DC 20016-2806
5298965        +GREAT LAKES,    PO Box 7860,    Madison, WI 53707-7860
5298964         GREAT LAKES,    US DEPARTMENT OF EDUCATION,    PO Box 790321,    Saint Louis, MO 63179-0321
5298966        +LORRAINE GAZZORA DOYLE, ESQ.,    649 South Avenue,    Suite 7,    Secane, PA 19018-3541
5298967        +MIDLAND CREDIT MANAGEMENT,    PO Box 51319,    Los Angeles, CA 90051-5619
5298970        +MR. COOPER,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
5298969         MR. COOPER,    PO Box 650783,    Dallas, TX 75265-0783
5298972         NEW CUMBERLAND FEDERAL CREDIT UNION,    PO Box 658,    New Cumberland, PA 17070-0658
5298971        +NEW CUMBERLAND FEDERAL CREDIT UNION,    345 Lewisberry Road,    New Cumberland, PA 17070-2306
5298973        +STEVEN HOWELL, ESQ.,    Howell Law Firm,    619 Bridge Street,    New Cumberland, PA 17070-1933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 19:12:08
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5298968        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 26 2020 19:11:03       MIDLAND FUNDING LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
5298974        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 19:12:02      SYNCHRONY BANK,
                 200 Crossing Blvd.,    Suite 101,    Bridgewater, NJ 08807-2876
5299459        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 19:11:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:

         James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         Lawrence V. Young (Trustee)    lyoung@cgalaw.com, pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com  
         Steven M. Carr    on behalf of Debtor 1 Martin G Stines, III stevecarr8@comcast.net, njdodson@comcast.net  
         Steven M. Carr    on behalf of Debtor 2 Margaret A Stines stevecarr8@comcast.net, njdodson@comcast.net  
         Thomas   Song    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pamb@fedphe.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                        TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Martin G Stines III,

**Debtor 1**

Margaret A Stines,

**Debtor 2**

Chapter 7

Case No. 1:20−bk−00449−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401 | Date: April 22, 2020<br><br>Time: 02:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2020 |

ntnew341 (04/18)