```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 20-00449-HWV
Martin G Stines, III                                                 Chapter 7
Margaret A Stines
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 1              Date Rcvd: Apr 06, 2020
                              Form ID: ntcovid             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db/jdb         +Martin G Stines, III,    Margaret A Stines,    655 Olmstead Way,    York, PA 17404-1384
5298963        +FEDERAL NATIONAL MORTGAGE ASSOC.,    3900 Wisconsin Avenue, NW,    Washington, DC 20016-2806
5298965        +GREAT LAKES,    PO Box 7860,    Madison, WI 53707-7860
5298964         GREAT LAKES,    US DEPARTMENT OF EDUCATION,    PO Box 790321,    Saint Louis, MO 63179-0321
5298966        +LORRAINE GAZZORA DOYLE, ESQ.,    649 South Avenue,    Suite 7,    Secane, PA 19018-3541
5298967        +MIDLAND CREDIT MANAGEMENT,    PO Box 51319,    Los Angeles, CA 90051-5619
5298970        +MR. COOPER,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
5298969         MR. COOPER,    PO Box 650783,    Dallas, TX 75265-0783
5298971        +NEW CUMBERLAND FEDERAL CREDIT UNION,    345 Lewisberry Road,    New Cumberland, PA 17070-2306
5298972         NEW CUMBERLAND FEDERAL CREDIT UNION,    PO Box 658,   New Cumberland, PA 17070-0658
5298973        +STEVEN HOWELL, ESQ.,    Howell Law Firm,    619 Bridge Street,    New Cumberland, PA 17070-1933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2020 20:34:38
                 PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5298968        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 06 2020 20:24:33       MIDLAND FUNDING LLC,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
5298974        +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2020 20:34:14      SYNCHRONY BANK,
                 200 Crossing Blvd.,    Suite 101,   Bridgewater, NJ 08807-2876
5299459        +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2020 20:34:15      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Steven M. Carr   on behalf of Debtor 1 Martin G Stines, III stevecarr8@comcast.net,
           njdodson@comcast.net
          Steven M. Carr   on behalf of Debtor 2 Margaret A Stines stevecarr8@comcast.net,
           njdodson@comcast.net
          Thomas Song    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| :--- | :--- |
| Martin G Stines III, | Chapter 7 |
| **Debtor 1** | |
| | Case No. 1:20–bk–00449–HWV |
| Margaret A Stines, | |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: April 22, 2020 |
| :--- | :--- |
| | Time: 02:00 PM |

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 6, 2020 |

ntcovid (04/18)

# CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Effective March 30, 2020)

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |