```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                       Case No. 20-00449-HWV
Martin G Stines, III                                         Chapter 7
Margaret A Stines
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin              Page 1 of 1         Date Rcvd: Jun 03, 2020
                              Form ID: fnldecac        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
db/jdb          +Martin G Stines, III,   Margaret A Stines,   655 Olmstead Way,   York, PA 17404-1384

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Steven M. Carr    on behalf of Debtor 1 Martin G Stines, III stevecarr8@comcast.net,
               kimeverhart.smc@outlook.com
              Steven M. Carr    on behalf of Debtor 2 Margaret A Stines stevecarr8@comcast.net,
               kimeverhart.smc@outlook.com
              Thomas  Song    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Martin G Stines III,<br>**Debtor 1**<br><br>Margaret A Stines,<br>**Debtor 2** | Chapter 7<br><br>Case No. 1:20–bk–00449–HWV |

Social Security No.:
    xxx–xx–5470    xxx–xx–4723

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 2, 2020

BY THE COURT
By the Court,

*/s/ Henry W. Van Eck/*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)